1  Ryan L. McBride, Esq. (SBN: 032001)
2  ryan@kazlg.com
   **KAZEROUNI LAW GROUP, APC**
3  2633 E. Indian School Road, Suite 460
   Phoenix, AZ 85016
4  Telephone:   (800) 400-6808
5  Facsimile:   (800) 520-5523

6  *Attorneys for Plaintiff,*
7  Richard Winters, Jr.

8

9              **UNITED STATES DISTRICT COURT**
10                    **DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard Winters, Jr., <br><br> PLAINTIFF, <br><br> v. <br><br> Equifax Information Services, LLC, <br><br><br> DEFENDANT. | **CASE NO: 2:17-CV-00829-SPL** <br><br> **NOTICE OF SETTLEMENT** |

   PLEASE TAKE NOTICE that Plaintiff Richard Winters, Jr., and Defendant Equifax Information Services, LLC ("Equifax") have reached a settlement in the above-entitled matter. The parties still need to execute the settlement agreement, but anticipate filing a dismissal with prejudice, no later than 45 days from the date of this Notice.

Date: June 1, 2017                          **KAZEROUNI LAW GROUP**

                                            By: */s/ Ryan L. McBride*
                                                 Ryan L. McBride
                                                 Attorneys for Plaintiff

---
NOTICE OF SETTLEMENT                    1                    2:15-CV-01611-DJH