IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Winters, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> Equifax Information Services, LLC, <br><br> Defendant. | No. CV-17-00829-PHX-SPL <br><br> **ORDER** |

The Court has been advised that the parties have reached a settlement in this case. (Doc. 7.) Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **July 3, 2017** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 1st day of June, 2017.

Honorable Steven P. Logan
United States District Judge